IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED

2003 APR 16 A 9:27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN GARY HARDWICK, JR.,  )
)
   Petitioner,  )
)
vs.  )   No. 3:95-cv-250-J-25
)
)
JAMES CROSBY, SECRETARY  )
   DEPT. OF CORRECTIONS,  )
)
   Respondent.  )

## MOTION TO REOPEN PROCEEDINGS

Comes now Respondent, by and through counsel, and in support of his motion to reopen these proceedings, states as follows:

1.    On March 20, 1995, petitioner, by and through counsel, filed his Petition For Writ Of Habeas Corpus [Doc. No. 1], wherein petitioner raised numerous grounds for relief challenging the judgment of conviction and sentence of death imposed for his murder of Keith Pullum occurring on December 24, 1984.

2.    The Court denied the petition on February 25, 1997 [Docs. No. 54 and 55].

87

3. On January 31, 2003, a panel of the Eleventh Circuit Court of Appeals affirmed in part and reversed in part the judgment of this Court and in a 2-1 majority opinion remanded the case to this Court for an evidentiary hearing. Hardwick v. Crosby, ___ F.3d ___, slip op. at 127-128 (11th Cir. Jan. 31, 2003) [Doc. No. 82].

4. On February 21, 2003, Respondent filed in this Court a Motion to Hold Proceedings in Abeyance pending resolution of Respondent's Petition for Rehearing En Banc filed in the Eleventh Circuit Court of Appeals on that same date. By order dated March 2, 2003, this Court granted Respondent's motion to hold proceedings in this Court in abeyance, and directed Respondent to "file a motion to reopen this case, if necessary, after the proceedings in the Eleventh Circuit Court of Appeals have concluded."

5. On March 28, 2003, the Eleventh Circuit Court of Appeals denied Respondent's Petition for Rehearing En Banc, and also denied Petitioner's Petition for Rehearing. See copies of the Court's orders, attached.

6. Thus, the proceedings in the Eleventh Circuit Court of Appeals have now concluded, and Respondent, as directed, files this motion to reopen the case.

WHEREFORE, for the reasons stated herein, Respondent moves to reopen th s case.

Respectfully submitted,

**CHARLES J. CRIST, JR.**
Attorney General

**CURTIS M. FRENCH**
Senior Assistant Attorney General
Florida Bar No. 291692

OFFICE OF THE ATTORNEY GENERAL
The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 Ext 4583
FAX (850) 487-0997

Counsel for Respondent

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy
of the foregoing was mailed, postage prepaid,
on this 9th day of April, 2003, to:

Terri Lynn Backhus, Esq.
P.O. Box 3294
Tampa, FL 33601

**CURTIS M. FRENCH**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 97-2319-P

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 28 2003

THOMAS K. KAHN
CLERK

RECEIVED & DOCKETED
FLORIDA ATTORNEY GENERAL

APR 03 2003

CAPITAL COLLATERAL
SECTION - TALLAHASSEE

JOHN GARY HARDWICK, JR.,

Petitioner-Appellant,

versus

JAMES CROSBY, Secretary,
Florida Department of Corrections,

Respondent-Appellee.

_____

On Appeal from the United States District Court for the
Middle District of Florida

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC
(Opinion January 31, 2003, 11th Cir., 2003, _____F.3d_____).

Before: TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/

UNITED STATES CIRCUIT JUDGE

ORD-42
(12/01)

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 28 2003
THOMAS K. KAHN
CLERK

No. 97-2319-P

JOHN GARY HARDWICK, JR.,

Petitioner-Appellant,

versus

JAMES CROSBY, Secretary,
Florida Department of Corrections,

Respondent-Appellee.

------------------------------

On Appeal from the United States District Court for the
Middle District of Florida

------------------------------

BEFORE: TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

The petition(s) for rehearing filed by Appellant, John Gary Hardwick, Jr., is DENIED.

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE

ORD-41

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

March 28, 2003

MEMORANDUM TO COUNSEL OR PARTIES:

RE:   97-2319-P   Hardwick v. Crosby
DC DKT NO: 95-00250-CIV-J-10

The enclosed orders have been entered on petitions for rehearing and rehearing en banc.

Sincerely,

THOMAS K. KAHN, CLERK

BY:   B. H. McConnell
Deputy Clerk/(404) 335-6209

/bmc
enc.