FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2003 JUN 16 A 6:59

DISTRICT COURT
OF FLORIDA

JOHN GARY HARDWICK, JR.,

    Petitioner,

vs.                                           Case No. 3:95-cv-250-J-25

JAMES V. CROSBY, JR., SECRETARY
FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

## ORDER

1. Respondent's April 16, 2003, Motion to Reopen Proceedings (Doc. #87) is **GRANTED**. Accordingly, the Clerk is directed to **REOPEN** this case.

2. The Eleventh Circuit Court of Appeals remanded this case to this Court for an evidentiary hearing to determine if Petitioner is entitled to habeas relief because of ineffective assistance of counsel at the sentencing phase. Before scheduling the evidentiary hearing, the parties will be required to provide the Court with information that is necessary to determine when the hearing should be set. Accordingly, within **THIRTY DAYS** of the date of this Order, each party shall notify the Court of the estimated amount of time it will take to present the evidence at the hearing and when the parties anticipate they will be ready to proceed with the hearing.

88

Additionally, each party, within **THIRTY DAYS** of the date of this Order, shall file a witness list, containing the names of the witnesses to be called at the evidentiary hearing, and an exhibit list, containing a list of each exhibit to be offered at the hearing.

**DONE AND ORDERED** at Jacksonville, Florida, this 13 day of June, 2003.

UNITED STATES DISTRICT JUDGE

ps 6/3
c:
Terri Lynn Backhus
Senior Assistant Attorney General Curtis M. French
USCA

F I L E   C O P Y

Date Printed: 06/16/2003

Notice sent to:

    ___   Terri Lynn Backhus, Esq.
           Backhus & Izakowitz, P.A.
           P. O. Box 3294
           Tampa, FL  33601-3294

    ___   Curtis M. French, Esq.
           Attorney General's Office
           Legal Affairs
           The Capitol
           Tallahassee, FL  32399-1050