

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WITNESS/EXHIBIT LIST**

JOHN GARY HARDWICK, JR.

    Petitioner,

                         Case No.: 3:95-cv-250-J-25

vs.

JAMES V. CROSBY, JR., SECRETARY
FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**WITNESS/EXHIBIT LIST**

    Pursuant to the Court's Order entered July 3, 2003, Respondent files its witness and exhibit list and states as follows:

**Witnesses:**

Frank Tassone, Esq., 1833 Atlantic Boulevard, Jacksonville, FL

Dr. Ernest Miller, 1636 River Road, Jacksonville, FL

Dr. George W. Barnard, 1725 SW 6th Terrace, Gainesville, FL

Dr. Clifford A. Levin, 1212 NW 12th Avenue, Gainesville, FL

Jeff Showalter, 9282 Hipps Road, Jacksonville, FL

    In addition, the State may call any witness listed on discovery by the State at the trial of this cause including,

S. M. Matthews, Jacksonville Sheriff's Office

J. C. Dean, Jacksonville Sheriff's Office

J. A. Gifford, Jacksonville Sheriff's Office

C. A. Robinson, Jacksonville Sheriff's Office

D. L. Hill, Jacksonville Sheriff's Office

J. W. Register, Jacksonville Sheriff's Office

Richard Pruett, Jacksonville Sherriff's Office

C. M. Kessinger, Jacksonville Sheriff's Office

Joe Bavar, 7419 Bunion Drive, Jacksonville, Fl

Baxtar Bavar, 7419 Bunion Drive, Jacksonville, Fl

E. E. Clinton, 7332 Bunion Drive, Jacksonville, Fl

Dale Clinton, 7332 Bunion Drive, Jacksonville, Fl

Henry Hatcher, Cecil Field, NAS, Jacksonville, FL

Edwin Fouse, Cecil Field, NAS, Jacksonville, FL

Ricky Rule, 7265 Bunion Drive, Jacksonville, FL

Jasper F. Davis, Inmate, Duval County Jail

Jeffery D. Bartley, Inmate, Duval County Jail

Nell Lawrence, 143 Lee Road, Jacksonville, FL

**Exhibits:**

The State may rely upon the testimony of witnesses presented at trial or during the evidentiary hearing and any affidavits previously filed as well as any reports prepared by experts.

**Anticpated Time of Hearing:**

As the Petitioner bears the burden of proof, the State would defer

to the Petitioner for a determination as to when the hearing should commence and to the estimated duration of the hearing. The extent of the State's proof is premised upon the evidence presented by the Petitioner. However, the Respondent should require less time to present its case than Petitioner.

HARRY L. SHORSTEIN
STATE OF FLORIDA
FOURTH JUDICIAL CIRCUIT
STATE OF FLORIDA

By: _____
Stephen Siegel
Assistant State Attorney
10 West Adams Street, Ste 200
Jacksonville, Florida 32202
(904) 351-0900
FAX (904) 351-0929
FL. Bar. 0897086

8/25/03
DATE

I HEREBY CERTIFY THAT a copy of the foregoing witness and exhibit list has been delivered to counsel for the petitioner, Terri Lynn Backhus, 303 S. Westland Avenue, PO Box 3294, Tampa, FL 33606-1745 by mail this 25th day of August 2003.

_____
Stephen Siegel
Assistant State Attorney