IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GARY HARDWICK, JR.

   Petitioner

v.           CASE NO. 97-2319

             3:95-cv-250-J25

JAMES CROSBY, Secretary,
Florida Department of Corrections

   Respondent
_____/

### PETITIONER'S WITNESS AND EXHIBIT LIST AND REQUEST FOR CASE MANAGEMENT MEETING

  **COMES NOW, JOHN GARY HARDWICK, JR.**, by and through undersigned counsel and hereby provides Petitioner's witness and exhibit list and requests a case management meeting in the above case. In support thereof, Mr. Hardwick argues:

  1. This Court ordered that Mr. Hardwick provide a witness and exhibit list by October 14, 2003 in the above matter. Enclosed please find Petitioner's witness and exhibit lists as ordered by this Court. Simultaneously, Mr. Hardwick requests leave to amend this list as counsel continues to go through the forty boxes that were finally provided by the now defunct CCRC-North office.

2. In addition, Mr. Hardwick requests that a case management hearing be set at a time convenient to the Court and all parties in which counsel may raise some preliminary issues regarding the case.[1]

3. Mr. Hardwick would provide the following witness list:

    a. All of the witnesses listed in the State's witness list previously filed in this Court.
    b. Nee Juanita McCoy;
    c. Wash Wayne McCoy;
    d. Ricky Rule;
    e. Nell Lawrence;
    f. Mary Braddy;
    g. Charles Kesinger;
    h. Daniel DiMaggio;
    i. Erika Johnson;
    j. Jasper Davis;
    k. Jeff Hardwick;
    l. Grace Powell;
    m. James Hardwick;
    n. Florrie Benton;
    o. Grady Hardwick;
    p. Donna Darlene Hardwick;
    q. James Britt;
    r. Jerry Hardwick;
    s. Rosemary Mason;
    t. Jeff Bartley;
    u. David Buettner;
    v. Connie Wright;
    w. Dr. Barnard;
    x. Dr. Henry Dee;
    y. Dr. Clifford Levin;

---

[1] The only dates on which counsel for Mr. Hardwick is previously engaged is the month of November. Any other dates will be acceptable to Mr. Hardwick.

2

z.  Ms. Ann Finnell;
aa. Mr. Frank Tassone;
bb. Mr. Thomas Dunn;
cc. Mr. Billy Nolas;
dd. Mr. Gary Hendrix;
ee. Any necessary custodians of record, i.e. Duval County clerk of court and Board of County Commissioners, Florida and South Carolina Department or Board of Education, and Department of Corrections.

4. The following are the list of exhibits that Mr. Hardwick would offer:

a.  All appendices from original Rule 3.850 and its amendments;
b.  The affidavits admitted into evidence at the prior Rule 3.850 hearing and relied upon by the 11th Circuit Court of Appeals i.e.:
c.  Affidavit Erika Johnson (Rule 3.850 Appendix #15);
d.  Affidavit Nell Lawrence (Rule 3.850 Appendix #13);
e.  Affidavit Jeff Hardwick (Rule 3.850 Appendix #20);
f.  Affidavit Mary Braddy (Rule 3.850 Appendix #17);
g.  Affidavit Grace Powell (Rule 3.850 Appendix #11);
h.  Affidavit James Hardwick (Rule 3.850 Appendix #10);
i.  Affidavit Florrie Benton (Rule 3.850 Appendix #8);
j.  Affidavit Grady Hardwick (Rule 3.850 Appendix #9);
k.  Affidavit James Britt (Rule 3.850 Appendix #12);
l.  Affidavit Jerry Hardwick (Rule 3.850 Appendix #19);
m.  Affidavit Rosemary Mason (Rule 3.850 Appendix #18);
n.  Affidavit Jeff Bartley (Rule 3.850 Appendix #21);
o.  Affidavit Connie Wright (Rule 3.850 Appendix #14);
p.  Psychological Report-South Carolina Department of Youth Services (7-93)(Rule 3.850 Appendix #2);
q.  Psychological Report-Dr. Clifford Levin (Rule 3.850 Appendix #4);
r.  Psychological Report-Dr. Henry Dee (Rule 3.850 Appendix #6);
s.  Letter dated November 26, 1975 from high school principal/guidance counselor South Carolina (Rule 3.850 Appendix #2).
t.  All evidence admitted at trial conducted on March 26-27, 1986.

    u.    All evidence admitted at the evidentiary hearings conducted on February 22, 1990, May 3-4, 1990, August 15-16, 1990.
    v.    G.E.D. diploma and certification from Florida Department of Education and Department of Corrections;
    w.    Duval County Board of Commissioners billing from Frank Tassone re: Hardwick v. State and payments made.

5.    In addition, Mr. Hardwick would ask the Court to take judicial notice of the record on appeal of all of Mr. Hardwick's underlying cases. See, Hardwick v. State, 521 So. 2d 1071 (Fla. 1988); Hardwick v. Florida, 108 S. Ct. 2864 (1988); Hardwick v. Florida, 109 S. Ct. 185 (1988); Hardwick v. Dugger, 648 So. 2d 100 (Fla. 1994); Hardwick v. Singletary, 122 F. 3d 935 (11th Cir. 1997); Hardwick v. Singletary, 126 F. 3d 1312 (11th Cir. 1997); and Hardwick v. Crosby, 320 F. 3d 1127 (11th Cir. 2003).

**WHEREFORE**, for the foregoing reasons, Mr. Hardwick moves this Court to accept the above witness and exhibit lists, allow leave for Mr. Hardwick to amend this list as becomes and necessary and to schedule a case management hearing at a time convenient to the Court and all parties.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Petitioner's Witness and Exhibit List and Request for Case Management Meeting has been furnished by First Class U.S. Mail, postage prepaid on October 13, 2003 to: Honorable Henry Lee

4

Adams, Jr., 110 U.S. Courthouse & Post Office Bldg., 311 W. Monroe St., Jacksonville, FL 32202-4242; Sheryl L. Loesch, Clerk of Court, 110 U.S. Courthouse & Post Office Bldg., 311 W. Monroe St., Jacksonville, FL 32202; Mr. Curtis French, Assistant Attorney General, The Capitol, The Department of Legal Affairs, Tallahassee, FL 32399-1050; Mr. George Bateh and Stephen Siegel, Asst. State Attorney, 300 E. Bay Street, Jacksonville, FL 32202.

*[signature]*
TERRI L. BACKHUS
Fla. Bar No. 0946427
Backhus & Izakowitz, P.A.
303 South Westland Ave.
Post Office Box 3294
Tampa, FL 33606
(813) 259-4424

Counsel for Mr. Hardwick

cc:
Honorable Henry Lee Adams, Jr.
110 U.S. Courthouse & Post Office Bldg.
311 W. Monroe St.
Jacksonville, FL 32202-4242

Sheryl L. Loesch
Clerk of Court
110 U.S. Courthouse & Post Office Bldg.
311 W. Monroe St.
Jacksonville, FL 32202

Mr. Curtis French
Assistant Attorney General
The Capitol, Department of Legal Affairs
Tallahassee, FL 32399-1050

Mr. George Bateh and Steven Siegel
Asst. State Attorneys
300 E. Bay Street
Jacksonville, FL 32202