UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GARY HARDWICK, JR.,

    Petitioner,

v.    Case No. 3:95-cv-250-25

JAMES R. MCDONOUGH, et al.,

    Respondents.

## ORDER SCHEDULING AN EVIDENTIARY HEARING

1.  An **evidentiary hearing** is scheduled before the undersigned on **Monday, January 28, 2008, at 9:30 a.m. through Friday, February 1, 2008,** in Courtroom #10A, United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida.

2.  Respondents are hereby ordered to deliver Petitioner John Gary Hardwick, Jr., Inmate Number 073053, (who is currently incarcerated at Union Correctional Institution under sentence of death) to the United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida, no later than 9:00 a.m. on Monday, January 28, 2008.

3.  The United States Marshal shall deliver the Petitioner to Courtroom #10A upon telephone notification by the Court's Clerk.

4.  **No later than December 28, 2007,** the parties shall exchange and file witness and exhibit lists for the hearing. The witness lists shall include a brief summary of the anticipated testimony of each witness. Additionally, the parties shall set forth the proposed and/or anticipated order that the witnesses will be presented to the Court. If such lists are later updated, they shall be all-inclusive.

5.  The scope of the evidentiary hearing will be limited as outlined by the Eleventh Circuit. See Court's Order (Doc. #102), filed December 27, 2004.

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of September, 2007.

UNITED STATES DISTRICT JUDGE

sc 9/27
c:
U.S. Marshal
Director of Inmate Movement
Warden of Union Correctional Institution
Courtroom Deputy for Judge Adams
John Gary Hardwick, Jr., UCI
Counsel of Record