RECEIVED & DOCKETED
FLORIDA ATTORNEY GENERAL

MAR 16 1990

CAPITAL COLLATERAL
SECTION - TALLAHASSEE

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA

CASE NO. 85-3779-CF

DIVISION: Q

STATE OF FLORIDA,

    Plaintiff,

v.

JOHN GARY HARDWICK,

    Defendant.

_____/

## MOTION TO STRIKE

COMES NOW the State of Florida and moves this Honorable Court for entry of an order striking the appendix to Mr. Hardwick's moton for post-conviction relief and would show:

(1) On February 16, 1990, Hardwick filed a motion for post-conviction relief. Although an appendix to that petition existed and was referred to in the motion, the appendix was withheld from the State (despite demand for its production).

(2) CCR served the State with this massive appendix after the court's duly noticed evidence hearing had commenced on February 22, 1990. Due to representations made regarding the unavailability of Mr. Hardwick's witnesses, the State graciously allowed Hardwick to proffer this appendix in order to give him the benefit of "testimony" on the record.

(3) Mr. Hardwick appealed this Court's order denying Rule 3.850 relief to the Florida Supreme Court. Although he did not file an appellate brief, he was granted a new Rule 3.850 hearing on the basis of his oral argument.

(4) Pursuant to the Supreme Court's order, this proceding is now back to "square one" in terms of consideration of the Rule 3.850 petition and appendix. Mr. Hardwick, now, will have more than adequate time in which to subpoena and produce the affiants who contributed to his appendix.

(5) Since the affidavits contained in the appendix are naked hearsay and, at best, will merely duplicate future courtroom testimony, the affidavits and appendix have become superfluous to this action. Since the original proffer and the State acquiescance are now a nullity, the Court is free to strike the appendix.

WHEREFORE the State moves for entry of an order striking Mr. Hardwick's "appendix" from the record and directing the Clerk of the Court to return said appendix to Hardwick or his counsel.

Respectfully submitted,

ED AUSTIN
STATE ATTORNEY

_____
GEORGE BATEH
Assistant State Attorney
Florida Bar No. _____

OFFICE OF STATE ATTORNEY
330 East Bay Street
600 Duval County Courthouse
Jacksonville, FL 32202
(904) 630-2400

ROBERT A. BUTTERWORTH
ATTORNEY GENERAL

*[signature]*

MARK C. MENSER
Assistant Attorney General
Florida Bar No. 239161

DEPARTMENT OF LEGAL AFFAIRS
The Capitol
Tallahassee, FL 32399-1050
(904) 488-0600

COUNSELS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Mr. Billy H. Nolas, Esq., Office of the Capital Collateral Representative, 1533 South Monroe Street, Tallahassee, Florida 32301, this 16th day of March, 1990.

*[signature]*

MARK C. MENSER
Assistant Attorney General

- 3 -