IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY, FLORIDA.

CASE NO: 85-3779-CF

STATE OF FLORIDA

    Plaintiff,

vs.

JOHN GARY HARDWICK

    Defendant.

----------------------------------

FILED
MAR 27 1990
CLERK CIRCUIT COURT

## ORDER

This cause is before the Court on the motion of the Plaintiff, the State of Florida, to strike the appendix to the motion of post-conviction relief filed by Defendant, JOHN GARY HARDWICK.

IT IS ORDERED AND ADJUDGED that the Motion to Strike Appendix having been considered by the Court and no objections having been filed by Hardwick or counsel, that such motion is hereby GRANTED. Mr. Hardwick is on notice that the evidentiary hearing has been set for April 12, 1990, and he is to have witnesses subpoenaed and available on that day.

DONE AND ORDERED in Chambers, Jacksonville, Duval County, Florida this 27th day of March, 1990.

JUDGE

Copies to:

George Bateh
Assistant State Attorney
Fourth Judicial Circuit

Billy H. Nolas
Capital Collateral Representative
1533 South Monroe Street
Tallahassee, Florida 32301

Mark C. Menser
Office of the Attorney General
Tallahassee, Florida 32301

279