IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN GARY HARDWICK, JR.**

        Petitioner

v.                            **CASE NO. 3:95-CV-00250**

**WALTER MCNEIL, Secretary,**
**Florida Department of Corrections**

        Respondent
_____/

**NOTICE OF FILING PETITIONER'S EXHIBIT LIST**

    **COMES NOW, JOHN GARY HARDWICK, JR.**, by and through undersigned counsel and hereby files Petitioner's Exhibit List for the evidentiary hearing conducted on February 17-19, 2009.

                                        /S/ Terri L. Backhus
                                        TERRI L. BACKHUS
                                        Fla. Bar No. 0946427
                                        Backhus & Izakowitz, P.A.
                                        13014 N. Dale Mabry, #746
                                        Tampa, FL 33618
                                        (813) 269-7604

                                        Counsel for Mr. Hardwick

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Petitioner's Exhibit List has been furnished by electronic filing on February 21, 2009 to: Honorable Henry Lee Adams, Jr.; Sheryl L. Loesch, Clerk of Court; Mr. Steven White, Assistant Attorney General; Mr. George Bateh and Stephen Siegel, Asst. State Attorneys.

/S/ Terri L. Backhus
TERRI L. BACKHUS
Fla. Bar No. 0946427
Backhus & Izakowitz, P.A.
13014 N. Dale Mabry, #746
Tampa, FL 33618
(813) 269-7604

Counsel for Mr. Hardwick

**PETITIONER'S EXHIBIT LIST**

1. <u>Hardwick v. Crosby</u>, 320 F.3d 1127 (11th Cir. 2003), Eleventh Circuit opinion;

2. Appendix to Emergency Motion to Vacate Judgment of Conviction and Sentence including affidavits and records;

3. Initial Intake, Public Defender Ann Finnell;

4. Life Over Death VI Syllabus 1984;

5. Life Over Death VII Syllabus 1986;

6. Resume' of William Sheppard, Esquire;

7. Curriculum Vitae, Dr. Jethro Toomer, Ph.D.;

8. Report of Dr. Jethro Toomer, Ph.D.;

9. South Carolina Social Services and Juvenile Records;

10. John De La Howe School Records;

11. Excerpts from Duval County Jail Records;

12. Pre-trial Competency and Sanity Evaluation of Dr. George Bernard.

13. State's pretrial Notice of Similar Fact Evidence, dated 2/27/86;

14. Public Defender - Duval County Jail intake notes;

15. Investigator Phillips partial list of witnesses provided by John Hardwick (3/28/85) and partial interview with Nell Lawrence (5/28/85);

16. Defendant's Requested Voluntary Intoxication Jury Instruction;

17. Order for Psychiatric Examination, dated 4/3/85;

18. Notes of interview of John Hardwick, dated 2/6/86;

19. Motion to Withdraw or Alternatively for Appointment of Co-counsel by Frank Tassone, dated 2/13/86;

20. Letter from Frank Tassone to John Hardwick, dated 2/21/86;

21. Phone message from John Hardwick to Frank Tassone, dated 2/24/86;

22. Frank Tassone's handwritten witness list for subpoenas and reciprocal discovery, dated 2/28/86.