**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Sheryl L. Loesch | Jim Leanhart |
| Clerk | Jacksonville Division Manager |

**DATE:** May 21, 2014

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**JOHN GARY HARDWICK, JR. ,**

**Petitioner,**

**V.**     Case No: 3:95-cv-250-J-25TEM

**JAMES V. CROSBY, JR. , Secretary, Florida Dept.
of Corrections and SECRETARY, DOC,**

**Respondents.**

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S.C.A. Case No.:**     97-2319

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

    8    Volumes of Pleadings
    7    Volumes of Exhibits/Depositions
    3    Volumes of Transcripts

SHERYL L. LOESCH, CLERK

By:    s/B. Williams, Deputy Clerk